## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Shameek Adams,                                          :
                              Petitioner       :
                                                       :
        v.                                             :
                                                       :
Pennsylvania Board of Probation and Parole,:
                              Respondent  :        No. 796 C.D. 2015

## **O R D E R**

NOW, June 2, 2016, upon consideration of petitioner's "request for reconsideration," the request is denied.

MARY HANNAH LEAVITT,
President Judge
